**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **NANCY T. MATHERNE** | * | **CIVIL ACTION** |
| | * | **NO: 2:17-cv-1994** |
| **VERSUS** | * | |
| | * | **SECTION:** |
| **MACY'S CORPORATE SERVICES, INC.** | * | |
| | * | **Judge:** |
| | * | **Magistrate:** |
| | * | |
| ************************************ | | **JURY TRIAL REQUESTED** |

**PETITION FOR DAMAGES**

Petitioner, Nancy T. Matherne, a person of the full age of majority and resident of the State of Louisiana, respectfully represents:

1.

Jurisdiction is based upon diversity of citizenship and requisite jurisdictional amount pursuant to Title 28 U.S.C., Section 1333 *et seq*.

2.

The amount in controversy herein exceeds SEVENTY-FIVE THOUSAND AND NO/100 DOLLARS ($75,000.00), excluding interest and costs.

3.

Defendant, Macy's Corporate Services, Inc., is a foreign corporation believed to do business in the Eastern District of Louisiana, Parish of Jefferson.

4.

On or about November 10, 2016, plaintiff, Nancy T. Matherne, was seriously injured when she tripped and fell in Macy's store located in Lakeside Shopping Center, 3301 Veterans Memorial Boulevard, Metairie, Louisiana.

5.

Plaintiff, Nancy T. Matherne, suffered serious injuries and damages as a result of this accident and damages.

6.

The foregoing accident and injuries was due to the negligence of Macy's store located in Lakeside Shopping Center, 3301 Veterans Memorial Boulevard, Metairie, Louisiana.

7.

Petitioner further contends that the defendant is liable for damages which resulted from this accident as follows: past and future medical expenses, physical pain and suffering, mental anguish, disability, and loss of enjoyment of life.

WHEREFORE, petitioner prays for judgment against the defendant, Macy's Corporate Services, Inc., for a sum of money commensurate with the damages herein, together with legal interest thereon from the date of judicial demand, and for all costs of this suit and for all general and equitable relief, AND FOR A TRIAL BY JURY.

Respectfully submitted:

*/s/ Darryl J. Tschirn*
Darryl J. Tschirn (LA#12938)
Law Offices of Darryl J. Tschirn
7825 Fay Avenue, Suite 200
La Jolla, CA 92037
Telephone: (858) 454-9927
Facsimile: (858) 454-0980
Tschirnlaw@sbcglobal.net

Respectfully submitted:

*/s/ John M. Robin*
John M. Robin (LA #11341)
Catherine M. Robin (LA #37398)
600 Covington Center
Covington, LA 70433
Telephone: (985) 893-0370
Facsimile: (985) 893-2511
johnmrobin@johnmrobinlaw.com

**PLEASE SERVE:**

**Macy's Corporate Services, Inc.**
**Through Registered Agent:**
**Corporation Service Company**
**501 Louisiana Avenue**
**Baton Rouge, LA 70802**