UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **NANCY T. MATHERNE** | * | **CIVIL ACTION** |
| | * | **NO:    2:17-cv-1994** |
| **VERSUS** | * | |
| | * | **SECTION: "F" MAG. 1** |
| **MACY'S CORPORATE** | * | |
| **SERVICES, INC.** | * | Judge: Martin L. C. Feldman |
| | * | Magistrate: Janis van Meerveld |
| | * | |
| ************************************** | | **JURY TRIAL REQUESTED** |

## FIRST SUPPLEMENTAL AND AMENDED PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes the plaintiff, Nancy T. Matherne, who respectfully supplements and amends her original Petition for Damages as follows:

I.

The Petition for Damages should be amended to substitute Macy's Retail Holdings, Inc. for Macy's Corporate Services, Inc. as defendant.

II.

Petitioner reiterates and reavers all other remaining allegations contained in her original petition and prayer as if copied herein in extenso.

| Respectfully submitted: | Respectfully submitted: |
|---|---|
| */s/ Darryl J. Tschirn* | */s/ John M. Robin* |
| Darryl J. Tschirn (LA#12938) | John M. Robin (LA #11341) |
| Law Offices of Darryl J. Tschirn | Catherine M. Robin (LA #37398) |
| 7825 Fay Avenue, Suite 200 | 600 Covington Center |
| La Jolla, CA 92037 | Covington, LA 70433 |
| Telephone: (858) 454-9927 | Telephone: (985) 893-0370 |
| Facsimile: (858) 454-0980 | Facsimile: (985) 893-2511 |
| Tschirnlaw@sbcglobal.net | johnmrobin@johnmrobinlaw.com |

**PLEASE RETURN FOR SERVICE VIA WAIVER OF SERVICE:**

**Macy's Retail Holdings, Inc.**
**Through Attorney at Law:**
**Gregory G. Gremillion**
**Gaudry, Ranson, Higgins & Gremillion, L.L.C.**
**401 Whitney Avenue, Suite 500**
**Gretna, LA 70056**