# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **NANCY T. MATHERNE** | * | **CIVIL ACTION** |
| | * | **NO:    2:17-cv-1994** |
| **VERSUS** | * | |
| | * | **SECTION: "F" MAG. 1** |
| **MACY'S CORPORATE** | * | |
| **SERVICES, INC.** | * | Judge: Martin L. C. Feldman |
| | * | Magistrate: Janis van Meerveld |
| | * | |
| ************************************** | | **JURY TRIAL REQUESTED** |

## ORDER

**IT IS ORDERED** that Macy's Retail Holdings, Inc. be named defendant in this action and Macy's Corporate Services, Inc. be dismissed without prejudice.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
**JUDGE**